AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

                    SOUTHERN    District of    ILLINOIS

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| BENJAMIN BROWNING | Case Number: 06-30034-001-GPM |
| | USM Number: 02719-025 |
| | Stephen C. Williams, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)  statutory, standard & special  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | Defendant committed the offenses of Aggravated Driving Under the Influence, Driving While Revoked/Suspended, Improper Traffic Lane Usage, and Operating an Uninsured Motor Vehicle. | May 6, 2007 |
| Standard | As of May 15, 2007, the offender has failed to satisfy the $100.00 Special Assessment. | May 15, 2007 |
| Standard #7 | On May 6, 2007, the offender used alcohol to excess. See next page | May 6, 2007 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.: ***-**-7542 | June 5, 2007 |
| Defendant's Date of Birth: **-**-1959 | Date of Imposition of Judgment |
| | /s/ G. Patrick Murphy |
| | Signature of Judge |
| Defendant's Residence Address: | |
| City: Edwardsville | |
| State: IL | Honorable G. Patrick Murphy, Chief Judge |
| | Name and Title of Judge |
| | 06/12/07 |
| | Date |
| Defendant's Mailing Address: | |

FILED JUN 12 2007

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 1

Judgment—Page  2  of  3

DEFENDANT:      BENJAMIN BROWNING
CASE NUMBER:    06-30034-001-GPM

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard #11 | The offender failed to notify his probation officer within seventy-two that on May 6, 2007, he was arrested by the Wood River, Illinois Police Department. | May 6, 2007 |
| Special | On February 12, 2007, the offender failed to comply with the procedures of home confinement with electronic monitoring as directed by his probation officer. | Feb. 12, 2007 |
| Special | The defendant failed to call into the U.S. Probation Office's On-Site Drug Testing Program for the following dates: March 21, 2007 and April 7, 2007 | April 7, 2007 |

DEFENDANT: BENJAMIN BROWNING
CASE NUMBER: 06-30034-001-GPM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

### 18 months

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　　☐ at _____ ☐ a.m. ☐ p.m. on _____ .

　　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　☐ before 2 p.m. on _____ .

　　☐ as notified by the United States Marshal.

　　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

　　Defendant delivered on _____ to _____

　a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL